1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8   DONALD THOMAS WRIGHT,

9             Petitioner,                    No. CIV S-06-2798 LKK EFB P

10       vs.

11   JAMES A. YATES,

12             Respondent.                   <u>ORDER</u>

13   _____/

14       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

15   U.S.C. § 2254.   He has requested that the court appoint counsel.  There currently exists no

16   absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

17   453, 460 (9th Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if

18   the interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

19   Section 2254 Cases.  The court does not find that the interests of justice would be served by the

20   appointment of counsel at this stage of the proceedings.

21       Accordingly, it hereby is ORDERED that petitioner's December 4, 2007, motion for

22   appointment of counsel is denied without prejudice.

23   DATED:  January 30, 2008.

24   _____

25   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

26