UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD THOMAS WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>    Respondent. | NO. CV-06-2798-RHW JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING HABEAS CORPUS PETITION** |

Before the Court is the Report and Recommendation to Deny Writ of Habeas Corpus (Ct. Rec. 23). The Report and Recommendation, filed on May 14, 2009, recommends the petition for a Writ of Habeas Corpus (Ct. Rec. 1, 5) be denied. On July 10, 2009, the Hon. Robert H. Whaley, Unites States District Court Judge, granted petitioner's request for an extension of time for filing objections to the Magistrate Judge's report (Ct. Rec. 26). The Court ordered petitioner to file objections on or before July 31, 2009. The deadline has passed and no objections have been filed.

Having reviewed the Report and Recommendation, and the files and records herein, the Court adopts the magistrate judge's Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Ct. Rec. 1) is **DENIED**.

**ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING HABEAS CORPUS PETITION** ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter
2    this Order and forward copies to counsel, petitioner, and Magistrate Judge Hutton
3    and **close the file**.
4    **DATED** this 23rd day of October, 2009.

            *s/Robert H. Whaley*

            ROBERT H. WHALEY
            United States District Judge

C:\WINDOWS\Temp\notes101AA1\deny.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING HABEAS CORPUS PETITION** ~ 2