
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD THOMAS WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>    Respondent. | NO. CV-06-2798-RHW  JPH<br><br>**ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME; DENYING CERTIFICATE OF APPEALABILITY** |

On October 26, 2009, the Court denied Petitioner's Petition for Writ of Habeas Corpus (Ct. Rec. 27). On November 30, 2009, Petitioner filed a Motion for Extension of Time to file a Notice of Appeal. In his motion, Petitioner indicated that he had prepared a Notice of Appeal and accompanying Request for a Certificate of Appealability, in order to meet the deadline of November 25, 2009. Petitioner indicated that because the law library was closed throughout the Thanksgiving week, he was unable to get copies made to meet the deadline date. Petitioner asked for a 15-day extension. On December 23, 2009, the Court granted the Motion for Extension of time and ordered that Defendant file the Notice of Appeal on or before December 28, 2009 (Ct. Rec. 30). Rather than file the notice, Petitioner then filed a letter to the Court in which he explained that although he asked for a two-week extension, he only received a one-week extension (Ct. Rec. 31). This is not true. Assuming the deadline for filing the Notice of Appeal was November 25, 2009, as stated by Petitioner, by extending the time to file the Notice to December 28, 2009, the Court granted an extension of at least thirty

**ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME; DENYING CERTIFICATE OF APPEALABILITY** ~ 1

1 | days.  The Court does not find good cause to extend the time with which to file a
2 | notice of appeal.

3 | Because this is the Court's final order in this matter, the December 1, 2009
4 | amendments to Rule 11(a) of the Federal Rules Governing Section 2254 Cases
5 | require the Court to determine in this Order whether a certificate of appealability
6 | should issue.  The Court finds additional briefing on this issue unnecessary.

7 | The Antiterrorism and Effective Death Penalty Act of 1996 requires a
8 | habeas petitioner appealing the denial of a 28 U.S.C. § 2254 to obtain a certificate
9 | of appealability. 28 U.S.C. § 2253(c).  A court may issue a certificate of
10 | appealability only if the "applicant has made a substantial showing of the denial of
11 | a constitutional right." 28 U.S.C. § 2253(c)(2).  A petitioner must show that
12 | "reasonable jurists could debate whether . . . the petition should have been
13 | resolved in a different manner or that the issues presented were adequate to
14 | deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484
15 | (2000) (internal quotations omitted).  The decision to issue a certificate of
16 | appealability turns not on the court's assessment of the applicant's chances for
17 | success on appeal, but whether the appeal would raise material and debatable
18 | questions. *See Miller-El v. Cockrell*, 537 U.S. 322, 342 (2003).

19 | The Court finds that Petitioner's claims do not justify the issuance of a
20 | certificate of appealability.  Petitioner has not made a substantial showing of the
21 | denial of a constitutional right.

22 | Accordingly, **IT IS HEREBY ORDERED:**
23 | 1. Petitioner's Motion for Extension of Time (Ct. Rec. 31) is **DENIED**.
24 | 2. The Court declines to issue a certificate of appealability.
25 | ///
26 | ///
27 | ///
28 | ///

**ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME; DENYING CERTIFICATE OF APPEALABILITY ~ 2**

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order, forward copies to Petitioner and counsel and **close the file**.
3 **DATED** this 24th day of September, 2010.

   *s/Robert H. Whaley*
   ROBERT H. WHALEY
   United States District Judge

C:\WINDOWS\Temp\notes101AA1\deny2.wpd

**ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME; DENYING CERTIFICATE OF APPEALABILITY ~ 3**